**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.   Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    ☒    Diversity

    ☒    Federal Question

    ☒    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: _09/02/2025_                  Respectfully Submitted,

                                     AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                                     */s/ Douglass A. Kreis*
                                     Douglass A. Kreis
                                     Bryan F. Aylstock
                                     Justin G. Witkin
                                     dkreis@awkolaw.com
                                     baylstock@awkolaw.com
                                     jwitkin@awkolaw.com
                                     17 East Main Street, Suite 200
                                     Pensacola, FL 32502
                                     Phone: (850) 202-1010

                                     *Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in _In re: Aqueous Film-Forming Foams Products Liability Litigation_, MDL 2873[1]**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adamire, Beverly | 3/21/1955 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Aldinger, Terry | 5/21/1964 | PA | Middle District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Anderson, Sherry | 5/9/1961 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Andrusky, Melissa | 8/9/1964 | PA | Western District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Anthony, Cindy | 2/2/1967 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Appel, Joseph | 6/27/1979 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Ayers, Delena | 7/18/1968 | OK | Eastern District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Aylward, Krissie | 12/4/1975 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Bailey, Jessica | 1/10/1984 | OH | Northern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Bartlett, Deborah | 7/20/1965 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Bell, Sherman | 12/12/1953 | OK | Western District of Oklahoma | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Boone, Jeff | 7/26/1977 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bosnjak, Faye | 8/29/1982 | PA | Western District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Boykins, Ronnie | 3/21/1962 | OH | Southern District of Ohio | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Braitsch, Heather | 11/17/1977 | OK | Northern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Brinton, Donald Robert | 2/11/1960 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Bruno, Anthony Jordan | 3/19/1984 | PA | Western District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Buchanan, Tammy | 4/28/1967 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Burks, Danielle | 5/9/1981 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Burrows, Richard | 3/18/1950 | OK | Eastern District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Chubbuck, Ralph J. | 12/18/1950 | PA | Middle District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Clay, Laura | 3/20/1978 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Close, Kevin | 3/17/1983 | PA | Eastern District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Cole, Sandra | 10/24/1969 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Contreras, Susanne | 2/10/1975 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Cooper, Debra | 6/20/1959 | OK | Northern District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Cross, Roger | 4/30/1954 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Davis, Dorothy | 2/6/1943 | OK | Eastern District of Oklahoma | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Dixon, Jeremy | 4/30/1980 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Dotson, Susan | 5/21/1973 | OH | Southern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Dranchak, Tracy | 5/20/1969 | PA | Middle District of Pennsylvania | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Duncan, Lily | 12/29/1956 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Edwards, Linda | 4/30/1956 | OK | Northern District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Ehrhart, Virginia | 6/11/1959 | OH | Southern District of Ohio | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Fleming, Tina | 6/23/1979 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Fritz, William | 3/2/1956 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Furr, Amie | 10/5/1988 | OK | Eastern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Furr, Homer | 11/22/1975 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Gaffney, Scott | 8/31/1990 | PA | Eastern District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Garris, Levi | 6/17/2003 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Gelber, Nancy | 5/11/1964 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Giese, Suncerrae | 8/7/1977 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Gilman, Gerald | 1/11/1954 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Gregory, Alesia | 1/7/1968 | PA | Western District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Hammock, Leona | 12/31/1972 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Hardy, Sam | 5/16/1960 | TN | Middle District of Tennessee | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Harlan, Lisa | 1/20/1977 | PA | Western District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Harmon, Leah Harmon | 10/3/1967 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Harris, Donald | 10/15/1949 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Hawley, Karla | 1/1/1970 | OK | Northern District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Henry, Michael | 2/14/1969 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Herndon, Angie | 5/26/1986 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Horne, Kimberly | 4/2/1969 | PA | Eastern District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Howell, Greggory | 8/27/1978 | PA | Western District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Humphries, Mark | 5/14/1979 | PA | Middle District of Pennsylvania | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Jackson, Raymond | 5/30/1967 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Jay, Hunter | 7/15/1987 | PA | Western District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Jennings, Thomas | 8/19/1953 | PA | Western District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Kemp, Ann | 1/19/1961 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Kincaid, Nicholas | 2/7/1984 | OH | Southern District of Ohio | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Knapp, Sylvia | 6/23/1951 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 62. | Krepps, Cindy | 2/16/1960 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Kuntz, Denise | 7/11/1961 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Kupka, Lauren | 4/4/1966 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Lander, Terrance | 8/8/1957 | OH | Southern District of Ohio | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Leatherman, Lori | 12/31/1968 | OK | Northern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Lee, Ida | 7/7/1969 | OK | Eastern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Lefebvre, Dina | 10/30/1969 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Leisher, Laurie | 10/4/1983 | PA | Middle District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Lewis, Sara | 1/19/1979 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Lofton, Larry | 2/6/1953 | OK | Western District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Lucas, Etoyi | 3/10/1980 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Lumley, Brandy | 12/13/1981 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Lytle, Carla | 3/23/1977 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Maddox, Sherece | 3/28/1987 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Mallon, Tracy | 1/12/1972 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Marie, Angel | 2/11/1975 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Marks, Michael | 9/28/1978 | OH | Southern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | McCall, Jodi | 12/22/1969 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | McHugh, Rob | 4/17/1985 | PA | Eastern District of Pennsylvania | X | | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | McNeal, Joseph | 2/17/1966 | PA | Eastern District of Pennsylvania | X | | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Metts, Melissa | 7/16/1965 | OH | Northern District of Ohio | X | | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Meuser, Frank | 7/2/1967 | PA | Eastern District of Pennsylvania | X | | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Minney, Karen | 4/13/1962 | OH | Southern District of Ohio | X | | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Moore, Onilee | 7/13/1980 | PA | Western District of Pennsylvania | X | | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Moore, Rocky | 11/28/1973 | OK | Northern District of Oklahoma | X | | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Nale, Cynthia | 4/14/1982 | OK | Western District of Oklahoma | X | | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Nicole, Kelsie | 9/10/1996 | PA | Middle District of Pennsylvania | X | | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Oliver, Sheila | 11/18/1968 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Orr, Tanya | 12/6/1975 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Osuna, Chris | 2/3/1979 | OK | Eastern District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Owens, Kyla Deann | 1/7/1972 | OH | Southern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Patterson, Jacqueline | 5/3/1972 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Payne, John | 3/6/1960 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Pearson, Dana | 5/24/1945 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Phelps, Toni | 1/3/1970 | OK | Western District of Oklahoma | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Pluta, Richard | 3/2/1957 | PA | Middle District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Pope-Brown, Joan | 2/19/1964 | PA | Eastern District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Powell, Brianna | 6/28/1963 | OK | Western District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Power, Angela | 6/1/1965 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Rayborne, Jeffrey | 4/30/1983 | OK | Eastern District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Reid, Chris | 5/28/1976 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Reitnauer, Denise | 10/14/1977 | OK | Northern District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Rhodes, David | 10/11/1966 | PA | Western District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Roberts, Jamie | 8/2/1977 | OK | Eastern District of Oklahoma | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Rogers, Darci | 1/7/1992 | OH | Southern District of Ohio | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Rohrig, Sharon | 6/10/1966 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Rose-Hardcastle, Christine | 9/8/1974 | PA | Eastern District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Rush, Kimberly | 8/25/1971 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Ryan, Michelle | 11/13/1964 | OH | Southern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Ryan, Patrick | 2/8/1961 | PA | Western District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Saiia, Teanna | 2/28/1978 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Sarna, Teresa | 9/22/1958 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Scales, Robert | 7/23/1970 | PA | Eastern District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Sernicola-Cromley, Rose | 1/25/1968 | OH | Northern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Sexton, Martin | 8/11/1962 | OH | Southern District of Ohio | | X | | Testicular Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Shackelford, Sherman | 5/1/1966 | PA | Eastern District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Sharp, Darren Ray | 10/28/1965 | OK | Eastern District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Shaw, Tonya | 7/7/1974 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Shutter, Brenda | 3/1/1950 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Simpson, John | 7/19/1966 | PA | Middle District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Sinclair, Paul | 11/18/1969 | PA | Middle District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Singleton, Evelyn | 4/13/1964 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Small, Steven | 10/5/1965 | PA | Western District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Smallwood, Julia | 4/12/1970 | OH | Southern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Smith, William | 3/20/1967 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Snelson, Amanda | 1/25/1980 | OK | Western District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Sona, Trudi | 1/7/1964 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Stabile, Albert | 7/27/1955 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Sterling Crostley, Karen | 1/21/1973 | PA | Middle District of Pennsylvania | | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Strempke, Maria | 12/4/1946 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Strominger, Pamela | 10/19/1971 | PA | Western District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Teutsch, Elizabeth Alexandra | 2/28/1989 | PA | Eastern District of Pennsylvania | | X | | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Timberlake, Jennifer | 5/18/1979 | OK | Western District of Oklahoma | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Toth, Christine | 9/9/1964 | PA | Western District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Trapp, Misty | 10/10/1977 | OH | Northern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Tshudy, Theresa | 2/3/1969 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Turenne, Sean | 7/26/1968 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Turis, Nancy M. | 11/7/1951 | PA | Western District of Pennsylvania | | X | | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Valentine, Julie | 5/10/1978 | OH | Northern District of Ohio | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Villegas, Roberta | 12/21/1957 | OK | Northern District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Wall, Cheryl | 4/5/1971 | OK | Western District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Wells, Christophre | 4/17/1963 | PA | Eastern District of Pennsylvania | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | White, Darrell | 1/24/1965 | TN | Middle District of Tennessee | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Williams, Frank K. | 10/9/1965 | PA | Middle District of Pennsylvania | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | Williams, Karen Marie | 6/15/1968 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147. | Wilson, Cory | 7/21/1978 | OH | Southern District of Ohio | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Winder, Joseph | 4/17/1968 | PA | Eastern District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | Woodard, Ginger | 3/26/1977 | PA | Middle District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | Wright, Janette | 10/18/1967 | OK | Northern District of Oklahoma | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |